### THE NEW ALBANY AND SALEM RAILROAD COMPANY *v.* BISHOP.

*Thursday, December 22.*

APPEAL from the *Floyd* Circuit Court.

*Per Curiam.*—Suit by the appellee against the company, for killing a cow. Recovery.

The question involved in this case, is the same as that in the same company v. *Aston*, at the present term (1).

The judgment is affirmed with 10 per cent. damages and costs.

*W. G. Cooper*, for the appellants.

(1) *Ante*, 545.